

**NUMBER 13-14-00074-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

RODOLFO DELGADO JR.,                                    Appellant,

v.

THE STATE OF TEXAS,                                    Appellee.

**On appeal from the 103rd District Court
of Cameron County, Texas.**

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Rodriguez, Benavides, and Perkes
Order Per Curiam**

Appellant's brief was originally due to be filed on June 9, 2014. This Court has previously granted two motions for extension of time to file appellant's brief in this case. On October 2, 2014, the Clerk of the Court notified appellant's counsel that the brief had not been filed and requested a response concerning the failure to file the brief within ten

days. Counsel failed to respond or file a brief and this Court abated the appeal and remanded the cause to the trial court for further proceedings pursuant to Rule 38.8(b)(2) and (3) of the Texas Rules of Appellate Procedure.

On October 29, 2014, the trial court held a hearing and made findings that appellant intends to prosecute his appeal and that counsel has medical issues and requests additional time to finish the brief. The trial court recommended that appellant be allowed to continue his appeal with his current attorney of record, the Honorable Rebecca Rubane, and that she be given an extension of 45 days to file the brief.

The Court hereby REINSTATES the appeal and ORDERS the Honorable Rebecca Rubane to file the brief on or before January 5, 2015. No further extensions will be granted. If counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4). Specifically, the Court will abate and remand this matter to the trial court with instructions to appoint new counsel.

It is so ORDERED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
1st day of December, 2014.

2